No. 518.  McGoldrick, Comptroller, et al. v. Carter & Weekes Stevedoring Co.  November 19, 1945.  Petition for writ of certiorari to the Supreme Court of New York granted.  *Messrs. Isaac C. Donner* and *Harry Katz* for petitioners.  *Messrs. Roger S. Baldwin* and *Samuel M. Lane* for respondent.

No. 519.  McGoldrick, Comptroller, et al. v. John T. Clark & Son.  November 19, 1945.  Petition for writ of certiorari to the Supreme Court of New York granted.  *Messrs. Isaac C. Donner* and *Harry Katz* for petitioners.  *Messrs. Roger S. Baldwin* and *Samuel M. Lane* for respondent.

No. 540.  Angel v. Bullington.  December 3, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.  *Mr. George Lyle Jones* for petitioner.  *Messrs. John L. Walker* and *R. Roy Rush* for respondent.

No. 550.  Lavender, Administrator, v. Kurn et al., Trustees, et al.  December 3, 1945.  Petition for writ of certiorari to the Supreme Court of Missouri granted.  *Messrs. N. Murry Edwards, James A. Waechter* and *Douglas H. Jones* for petitioner.  *Messrs. Maurice G. Roberts* and *Cornelius H. Skinker, Jr.* for J. M. Kurn et al., and *Messrs. Wm. R. Gentry, C. A. Helsell* and *John W. Freels* for the Illinois Central Railroad Co., respondents.

No. 381.  Ashcraft et al. v. Tennessee.  December 3, 1945.  Petition for writ of certiorari to the Supreme Court of Tennessee granted.  *Messrs. James F. Bickers*